[No. 23108-9-III.   Division Three.   August 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ELESTER EARL BURKETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03303-1, Robert D. Austin, J., entered June 14, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23776-1-III.   Division Three.   August 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICKEY WILLIAM BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02058-8, James M. Murphy and Tari S. Eitzen, JJ., entered June 5, 2002 and March 29, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 51961-1-I.   Division One.   August 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN PAUL TANBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01863-1, George N. Bowden, J., entered February 7, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.